# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**15**
**CA 15-01281**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, AND LINDLEY, JJ.

---

IN THE MATTER OF THE ADOPTION OF A CHILD
WHOSE FIRST NAME IS ANASTASIA.
----------------------------------------                              ORDER
MARK A.B., PETITIONER-RESPONDENT;

AARON I., RESPONDENT-APPELLANT.

---

KATHRYN FRIEDMAN, BUFFALO, FOR RESPONDENT-APPELLANT.

V. BRUCE CHAMBERS, NEWARK, FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Wayne County (Daniel G. Barrett, S.), entered June 4, 2015. The order, among other things, adjudged that the adoption of the subject child may proceed without respondent's consent.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate.

Entered:  February 3, 2017                    Frances E. Cafarell
                                              Clerk of the Court